THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0025-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALI AMER WAHEEB MUFREJ, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 48). The motion concerns the following property:

1. Ten counterfeit airbag inflators with assemblies seized by Customs and Border Protection; and
2. Two counterfeit airbag inflators seized by Customs and Border Protection.

Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

1. On December 11, 2019, the Court entered a preliminary order of forfeiture that found the above-listed property forfeitable pursuant to 18 U.S.C. §§ 2323 and 2318(e), 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c) and that forfeited Mr. Mufrej's interest in the property, (Dkt. No. 40 at 1–2);
2. Thereafter, the United States published notice of the pending forfeitures as

required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (*see* Dkt. No. 45), and the United States provided direct notice to two identified potential claimants as required by Rule 32.2(b)(6)(A), (*see* Dkt. Nos. 48-1 at 1–2); and

3. The time for filing third-party petitions expired, and none were filed, (*see* Dkt. No. 48 at 2).

Given the Court's findings, the Court GRANTS the motion (Dkt. No. 48) and ORDERS as follows:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security and/or its representatives are authorized to dispose of the property in accordance with governing law.

DATED this 2nd day of March 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE